UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY CHATMAN,

               Petitioner,                  CASE NUMBER: 07-11786

v.                                     HONORABLE AVERN COHN

BLAINE LAFLER,

               Respondent.

_____/

## ORDER FINDING MOTION FOR INORDINATE AND UNNECESSARY DELAY IN GRANTING OR DENYING PETITIONER'S MOTION FOR ENLARGEMENT OF TIME

        Before the Court is the above referenced motion.   On December 20, 2007 the

Court granted the Petitioner's Motion for Extension to Time to File an Objection.  On

January 09, 2008 the Petitioner filed a Notice of Appeal.   Therefore,

        IT IS HEREBY ORDERED that the motion is MOOT.

        SO ORDERED.


Dated:  January 31, 2008          _s/Avern Cohn_____
                                  AVERN COHN
                                  UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the parties of record and Larry Chatman, #196829, Carson City Correctional Facility, 10274 Boyer Road, P.O. Box 5000, Carson City, MI 48811 on this date, January 31, 2008, by electronic and/or ordinary mail.


                               _s/Julie Owens_____
                                  Case Manager, (313) 234-5160